FILED14 JAN '25 14:45USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00011-HZ |
| v. | INDICTMENT |
| JORGE ALBERTO CRUZ HERNANDEZ;<br>NEFRY LISANDER RAMOS HERNANDEZ; | 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Forfeiture Allegation |
| Defendants. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Conspiracy to Distribute Cocaine)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846)**

On or about December 18, 2024, within the District of Oregon, and elsewhere, defendants **JORGE ALBERTO CRUZ HERNANDEZ** and **NEFRY LISANDER RAMOS HERNANDEZ** did knowingly and intentionally combine, conspire, confederate, and agree with each other and other(s) both known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

//

//

//

## COUNT 2
### (Possession with Intent to Distribute Cocaine)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about December 18, 2024, in the District of Oregon, defendants **JORGE ALBERTO CRUZ HERNANDEZ** and **NEFRY LISANDER RAMOS HERNANDEZ** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts One through Two of this indictment, defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Counts One through Two of this Indictment.

Dated: January 14, 2025

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney

**Indictment**                                                                 **Page 2**